901 A.2d 495

John DOE, Representing All Persons Subject to PA Megan's Law II; also Joseph Gensemer, Melvin Schwartz, Darren Taylor, on Behalf of Themselves and all Similarly Situated PA Inmates and Those Released Subject to Megan's Law Provisions, Appellants,

v.

Jeffrey B. MILLER, Commissioner, Pennsylvania State Police, Appellee.

Supreme Court of Pennsylvania.

July 18, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of July, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.